IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>    BETTA PRODUCTS, INC.,<br><br>        Debtor.<br>_____/<br><br>BETTA PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>DISTRIBUTIONS SYSTEMS AND SERVICES, INC., aka DSS,<br><br>        Defendants.<br>_____/ | No. C 07-04825 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO APPEAL** |

    The Court has received defendant Distribution Systems and Services' motion for leave to appeal from entry of order denying motion to dismiss. Any response from plaintiff Betta Products, Inc., should be received no later than **OCTOBER 9, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE