**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTA PRODUCTS INC.,

    Plaintiff,

  v.

DISTRIBUTIONS SYSTEMS AND SERVICES,

    Defendant.
                           /

No. C 07-04825 WHA

**ORDER RE BRIEFING SCHEDULE**

      The Court has received defendant's letter regarding the briefing schedule for the case. The parties are ordered to meet and confer to come up with a reasonable briefing schedule that should be submitted to the Court by **NOVEMBER 20, 2007 AT NOON**.

      **IT IS SO ORDERED.**

Dated: November 16, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE