IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS INC., | No. C 07-04825 WHA |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING SCHEDULE** |
| DISTRIBUTIONS SYSTEMS AND SERVICES, | |
| Defendant. | |

The Court has received parties' joint briefing schedule positions. The Court adopts the schedule set forth in the Courts' November 7, 2007 Notice of Briefing. Defendant's opening brief and any supplement thereto must be filed by **DECEMBER 7, 2007**. Plaintiff's opposition brief and opening brief on cross-appeal must be filed by **DECEMBER 27, 2007**. Defendant's brief in reply to opposition and in opposition to cross-appeal must be filed on **JANUARY 6, 2007**. Lastly, plaintiff's reply to opposition to the cross-appeal must be filed **JANUARY 16, 2007**.

**IT IS SO ORDERED.**

Dated: November 26, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE