Daren R. Brinkman (CA Bar No. 158698)
(email daren@brinkmanlaw.com)
Laura J. Portillo (CA Bar No. 186813)
(email laura@brinkmanlaw.com)
BRINKMAN PORTILLO, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Special Counsel to Betta Products, Inc.
And Special Counsel to Dana McCurnin,
the Trustee of the Betta Products
Litigation Trust

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BETTA PRODUCTS, INC., and DANA MCCURNIN, trustee of the Betta Products Litigation Trust, | Appellate Case No. CV 07- 04825 WHA |
|---|---|
| Plaintiffs, Appellees and Cross-Appellants, | Bankrtupcy Case No.: 03-10925<br>Adversary Case No.: 05-1046 |
| v. | **DECLARATION OF KEVIN RONK** |
| DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS, | |
| Defendant, Appellant and Cross-Appellee. | |

I, Kevin Ronk, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California.

2. I am an associate of Brinkman Portillo, PC, ("BP") and maintain an office for the practice of law at 4333 Park Terrace Drive, Suite 205, Westlake Village, California.

3. BP is special counsel to Betta Products, Inc. and Dana McCurnin, Trustee of the Betta Products Litigation Trust.

4.      I have personal knowledge of the facts set forth herein and would competently testify thereto if called upon to do so at trial.

5.      On November 28, 2007, I downloaded from the Public Access to Electronic Records ("PACER") system, the following documents:

A.      The Transcript of Proceedings Motion for Modification of Stay and for Leave to Amend the Complaint ("Transcript of October 13, 2007 Hearing"). A true and correct copy of the Transcript of the October 13, 2007 Hearing is attached hereto as Exhibit "A".

B.      Order Granting Plaintiffs' Motion for: 1) Modification of the Stay Pending Arbitration; 2) Leave to Amend the Complaint entered October 20, 2006 (the "2006 Order"). A true and correct copy of the 2006 Order is attached hereto as Exhibit "B".

C.      Memorandum on Motion to Dismiss and Related Motions and Cross-Motions ("Memorandum") and Order Denying Defendant Distribution Alternatives, Inc.'s Motion to Dismiss, and Alternatively, Motion for Summary Judgment and Denying Plaintiff Betta Products Inc.'s Motions for Partial Summary Judgment ("Order"). A true and correct copy of both the Memorandum and Order are attached hereto as Exhibit "C".

D.      Plaintiffs' Opposition to Defendant's Motion for Leave to Appeal ("Opposition to DSS's Motion for Leave to Appeal"). A true and correct copy of the Opposition to DSS's Motion for Leave to Appeal is attached hereto as Exhibit "D".

E.      Notice of Appeal filed by the Betta Parties. A true and correct copy of the Notice of Appeal filed by the Betta Parties is attached hereto as Exhibit "E".

F.      Order Granting Defendant's Motion for Leave to Appeal and Setting Brief Schedule ("Order Granting Leave to Appeal"). A true and correct copy of the Order Granting Leave to Appeal is attached hereto as Exhibit "F".

      G.    Memorandum and Order Amending Prior Order dated November 5, 2007 ("2007 Order"). A true and correct copy of the 2007 Order is attached hereto as Exhibit "G".

6.    I also printed a copy of the dockets in the bankruptcy adversary proceeding (adversary no. 05-01046) (the "Adversary Docket") and the appellate action in the district court (appellate case no. CV 07- 04825 WHA) (the "District Court Docket") covering the period between September 14, 2007 and November 28, 2007. A true and correct copy of the Adversary Docket and the District Court Docket is attached hereto as Exhibits "H" and "I" respectively.

I declare under penalty of perjury under the laws of the State of California, the foregoing is true and correct and that I executed this declaration on the 28th Day of November at Westlake Village, California.

_____
Kevin Ronk, Declarant