# EXHIBIT H

**PreAct, JDemand, APPEAL**

## U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
## Adversary Proceeding #: 05-01046

*Assigned to:* Judge Alan Jaroslovsky
*Related BK Case:* 03-10925
*Related BK Title:* Betta Products, Inc.
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 04/14/05

**Plaintiff**
-------------------------

**Betta Products, Inc.**
515 Grove St.
Healdsburg, CA 95448
Tax id: 95-2819395

represented by **David N. Chandler**
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404
(707) 528-4331
Email: DChandler1747@yahoo.com
*TERMINATED: 01/09/2006*
*LEAD ATTORNEY*

**Laura J. Portillo**
Law Offices of Brinkman and Assoc.
4333 Park Terrace Dr. #205
Westlake Village, CA 91361
(818)597-2992
Email: office@brinkmanlaw.com

V.

**Defendant**
-------------------------

**Distribution Systems And Services, Inc.**
4440 Round Lake Rd.
Arden Hills, MN 55112

represented by **Mitchell B. Greenberg**
Abbey, Weitzenberg, Warren and Emery

100 Stony Point Rd. #200
Santa Rosa, CA 95401
(415) 397-2700
Email: mgreenberg@abbeylaw.com

**Rachel K. Nunes**
Abbey, Weitzenberg, Hoffman, Warren etal
1105 N Dutton Ave.
P.O. Box 1566
Santa Rosa, CA 95402

(707)542-5050
Email: munes@abbeylaw.com

*aka*
DSS

| Filing Date | # | Docket Text |
|---|---|---|
| 09/14/2007 | 191 | Notice of Appeal to District Court *(with Proof Of Service)*, Fee Amount $ 255.. Appellant Designation due by 9/24/2007. Transmission to District Court due by 10/15/2007. Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell). (Court staff created link to 190 Order Denying Motion to Dismiss Adversary Proceeding And, Alternatively, For Summary Judgment). Modified on 9/17/2007 (ka). (Entered: 09/14/2007) |
| 09/14/2007 | 192 | Statement of Of Election *(Separate) (with Proof Of Service)* (RE: related document(s)191 Notice of Appeal, ). Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell) (Entered: 09/14/2007) |
| 09/14/2007 | 193 | Motion for Leave to Appeal *From Entry Of Order Denying Motion To Dismiss, Or Alternatively, Motion For Summary Judgment; Memorandum Of Points And Authorities In Support Thereof (with Proof Of Service)* Filed by Defendant Distribution Systems And Services. (Greenberg, Mitchell). (Court staff created link to document 190 Order Denying Motion to Dismiss Adversary Proceeding And, Alternatively, For Summary Judgment). Modified on 9/17/2007 (ka). (Entered: 09/14/2007) |
| 09/17/2007 |  | Receipt of filing fee for Notice of Appeal(05-01046) [appeal,ntcapl] ( 255.00). Receipt number 4630975, amount $ 255.00 (U.S. Treasury) (Entered: 09/17/2007) |
| 09/18/2007 | 194 | Transmittal of Record on Appeal to District Court (RE: related document(s)191 Notice of Appeal filed by Defendant Distribution Systems And Services). (ka) (Entered: 09/18/2007) |
| 09/24/2007 | 195 | Notice of Docketing Record on Appeal to District Court, Case Number:C 07 4825 WHA (RE: related document(s)191 Notice of Appeal filed by Defendant Distribution Systems And Services). (ka) (Entered: 09/24/2007) |
| 09/24/2007 | 196 | Brief/Memorandum in Opposition to *Defendant's Motion for Leave to Appeal with Certificate of Service* (RE: related document(s)193 Motion for Leave to Appeal, ). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 09/24/2007) |

| | | |
|---|---|---|
| 09/24/2007 | 197 | Declaration of Daren R. Brinkman in Support of *Plaintiffs' Opposition to Defendant's Motion for Leave to Appeal with Certificate of Service* (RE: related document(s)196 Opposition Brief/Memorandum). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 09/24/2007) |
| 09/24/2007 | 198 | Notice of Appeal to District Court *with Certificate of Service*, Fee Amount $ 255. (RE: related document(s)190 Order on Motion to Dismiss Adversary Proceeding,, Order on Motion for Summary Judgment/Adjudication,,, ). Appellant Designation due by 10/4/2007. Transmission to District Court due by 10/24/2007. Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 09/24/2007) |
| 09/24/2007 | | Receipt of filing fee for Notice of Appeal(05-01046) [appeal,ntcapl] ( 255.00). Receipt number 4657373, amount $ 255.00 (U.S. Treasury) (Entered: 09/24/2007) |
| 09/24/2007 | 199 | Statement of Election to District Court,*with Certificate of Service* (RE: related document(s)198 Notice of Appeal, filed by Plaintiff Betta Products, Inc.). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 09/24/2007) |
| 09/28/2007 | 200 | Amended Transmittal of Record on Cross Appeal to District Court. Case No. C 07-4825 WHA (RE: related document(s)198 Notice of Appeal filed by Plaintiff Betta Products, Inc.). (ka) (Entered: 09/28/2007) |
| 10/01/2007 | 201 | Document: *Defendant Distribution Systems And Services, Inc.'s Notice Of Non Opposition To Betta Products, Inc.'s And Dana McCurnin, Trustee's Notice Of Appeal (with Proof Of Service)*. (RE: related document(s)198 Notice of Appeal, ). Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell). (Incorrect event code used; should have used Statement and added text of Non Opposition). Modified on 10/17/2007 (ka). (Entered: 10/01/2007) |
| 10/23/2007 | 202 | Transcript, Date of Hearing: Aug. 3, 2007 *motions hearing*. (Palmer, Susan) (Entered: 10/23/2007) |
| 10/25/2007 | 203 | Appellant Designation of Contents For Inclusion in Record On Appeal *(with Proof Of Service)* (RE: related document(s)191 Notice of Appeal, filed by Defendant Distribution Systems And Services, 198 Notice of Appeal, filed by Plaintiff Betta Products, Inc.). Appellee designation due by 11/5/2007. Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell) (Entered: 10/25/2007) |
| 10/29/2007 | 204 | Motion to Stay *Action Pending Interlocutory Appeal (with Proof Of Service)* Filed by Defendant Distribution Systems And Services, |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum Of Points And Authorities In Support Of Motion To Stay Action Pending Interlocutory Appeal (with Proof Of Service)# 2 Declaration Of James A. Beitz In Support Of Defendant, Distribution Systems And Services, Inc., aka DSS' Motion To Stay Action Pending Interlocutory Appeal (with Proof Of Service)) (Greenberg, Mitchell) (Entered: 10/29/2007) |
| 10/29/2007 | 205 | Motion to Compel *Discovery (with Proof Of Service)*.. Filed by Defendant Distribution Systems And Services. (Attachments: # 1 Memorandum of Points and Authorities In Support Of Motion To Compel (with Proof Of Service)# 2 Declaration Of Mitchell B. Greenberg In Support Of Motion To Compel Discovery (with Proof Of Service)# 3 Declaration Of James A. Beitz In Support Of Motion To Compel Discovery (with Proof Of Service)# 4 Exhibit (s) B And C To Declaration Of James A. Beitz# 5 Exhibit C To Declaration Of James A. Beitz# 6 Exhibit (s) C And D To Declaration Of James A. Beitz# 7 Exhibit (s) E And F To Declaration Of James A. Beitz# 8 Supplement Local Rule 37-2 Discovery In Dispute Document (with Proof Of Service)) (Greenberg, Mitchell) (Entered: 10/29/2007) |
| 10/29/2007 | 206 | Notice Regarding *Hearing On Defendant, Distribution Alternatives, Inc.'s Motion To Compel (with Proof Of Service)* (RE: related document(s)205 Motion to Compel,,, filed by Defendant Distribution Systems And Services). Filed by Defendant Distribution Systems And Services. (Greenberg, Mitchell) (Entered: 10/29/2007) |
| 10/29/2007 | | Hearing Set On (RE: related document(s)205 Motion to Compel filed by Defendant Distribution Systems And Services). Hearing scheduled for 11/30/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ka) (Entered: 10/31/2007) |
| 11/02/2007 | 207 | Motion to Amend *of Betta Products, Inc. and Dana McCurnin to Amend Court's Order Granting Plaintiffs' Motion for: 1) Modification of the Stay Pending Arbitration; 2) Leave to Amend the Complaint with Certificate of Service* Filed by Plaintiff Betta Products, Inc. (RE: related document(s)30 Order on Motion to Amend). (Portillo, Laura) (Entered: 11/02/2007) |
| 11/05/2007 | 208 | Memorandum and Order Amending Prior order. (dp). (Court staff created link to document 30 Order Granting Motion to Amend 1) Modification of the Stay Pending Arbitration; 2) Leave to Amend the Complaint) Modified on 11/7/2007 (ka). (Entered: 11/05/2007) |
| 11/05/2007 | 209 | Document: *Errata Regarding Plaintiffs' Supplemental Memorandum Re Why Issue Preclusion Does Not Apply (with Certificate of Service)*. (RE: related document(s)188 Document). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 11/05/2007) |
| | | |

| | | |
|---|---|---|
| 11/05/2007 | 210 | Appellee Designation of Contents for Inclusion in Record of Appeal *and Statement of Issues on Cross-Appeal (with Certificate of Service)* (RE: related document(s)198 Notice of Appeal, filed by Plaintiff Betta Products, Inc., 191 Notice of Appeal, filed by Defendant Distribution Systems And Services). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 11/05/2007) |
| 11/06/2007 | 211 | Appellee Designation of Contents for Inclusion in Record of Appeal *and Cross-Appeal (with Certificate of Service)* (RE: related document(s)198 Notice of Appeal, filed by Plaintiff Betta Products, Inc.). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 11/06/2007) |
| 11/06/2007 | 212 | Certificate of Record Re: (RE: related document(s)198 Notice of Appeal filed by Plaintiff Betta Products, Inc., 191 Notice of Appeal filed by Defendant Distribution Systems And Services). (With Court's Certificate of Mailing). (ka) (Entered: 11/06/2007) |
| 11/15/2007 | 213 | Appellee Designation of Contents for Inclusion in Record of Appeal *(Defendant - Cross Appellee Distribution Systems And Services, Inc., AKA DSS' Designation Of Additional Items For Record On Cross Appeal In U.S. District Court Case No. CV 07-04825 WHA [with Proof Of Service])* (RE: related document(s)198 Notice of Appeal, filed by Plaintiff Betta Products, Inc.). Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell) (Entered: 11/15/2007) |
| 11/16/2007 | 214 | Brief/Memorandum in Opposition to *Defendant, Distribution Alternatives, Inc.'s Motion to Compel Discovery with Certificate of Service* (RE: related document(s)205 Motion to Compel,,, ). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 11/16/2007) |
| 11/16/2007 | 215 | Declaration of Laura J. Portillo in Support of *Betta's Opposition to Distribution Alternatives, Inc.'s Motion to Compel Discovery with Certificate of Service* (RE: related document(s)214 Opposition Brief/Memorandum, ). Filed by Plaintiff Betta Products, Inc. (Portillo, Laura) (Entered: 11/16/2007) |
| 11/21/2007 | 216 | Reply to *Opposition to Motion to Compel Discovery*. Filed by Defendant Distribution Systems And Services (Greenberg, Mitchell). (Court staff created link to document 205 Motion to Compel Discovery). Modified on 11/26/2007 (ka). (Entered: 11/21/2007) |

PACER Service Center

| Transaction Receipt |||||
|---|---|---|---|---|
| 11/28/2007 12:07:32 |||||
| PACER Login: | br0278 | Client Code: | 255 ||
| Description: | Docket Report | Search Criteria: | 05-01046 Fil or Ent: filed From: 9/14/2007 To: 11/28/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML ||
| Billable Pages: | 3 | Cost: | 0.24 ||

# EXHIBIT I

E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-04825-WHA

Distribution Systems and Services, Inc v. Betta Products, Inc.
Assigned to: Hon. William H. Alsup
Cause: 11:101 Bankruptcy

Date Filed: 09/20/2007
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Distribution Systems and Services, Inc**
*also known as*
DSS

represented by **Mitchell Bruce Greenberg**
Abbey, Weitzenberg, Warren & Emery
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95401
707-542-5050
Fax: 707-542-2589
Email: mgreenberg@abbeylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel K. Nunes**
Abbey, Weitzenberg, Hoffman, Warren et.al
1105 N. Dutton Avenue
Post Office Box 1566
Santa Rosa, CA 95402-1566
707-542-5050
Fax: 707-542-2589
Email: rnunes@abbeylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard William Abbey**
Abbey Weitzenberg Warren & Emery PC
100 Stony Point Rd #200
P O Box 1566
Santa Rosa, CA 95402-1566
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

| | | |
|---|---|---|
| **Betta Products, Inc.** | represented by | **Daren Reece Brinkman**<br>Brinkman Portillo, PC<br>4333 Park Terrace Dr., Suite 205<br>Westlake Village, CA 91361<br>818-597-2992<br>Email: daren@brinkmanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura Juanita Portillo**<br>Brinkman Portillo, PC<br>4333 Park Terrace Dr., Suite 205<br>Westlake Village, CA 91361<br>818-597-2992<br>Email: office@brinkmanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2007 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-10925. File received. Filed byDistribution Systems and Services, Inc. (sis, COURT STAFF) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | 2 | NOTICE OF FILING OF APPEAL & SCHEDULING ORDER: Status Conference set for 1/3/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (sis, COURT STAFF) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/20/2007 | | CASE DESIGNATED for Electronic Filing. (sis, COURT STAFF) (Filed on 9/20/2007) (Entered: 09/20/2007) |
| 09/24/2007 | 3 | NOTICE- SEPARATE STATMENT OF ELECTION by Distribution Systems and Services, Inc (sis, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/25/2007) |
| 10/01/2007 | 4 | AMENDED NOTICE OF BANKRUPTCY APPEAL against Distribution Systems and Services, Inc. Filed byBetta Products, Inc.. (sis, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/02/2007) |
| 10/01/2007 | 5 | MOTION for Leave to Appeal or Alternatively, MOTION for Summary Judgment filed by Distribution Systems and Services, Inc. (sis, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/02/2007) |
| 10/03/2007 | 6 | ORDER RE MOTION FOR LEAVE TO APPEAL. Signed by Judge Alsup on October 3, 2007. (whalc1, COURT STAFF) (Filed on 10/3/2007) (Entered: 10/03/2007) |
| 10/15/2007 | 7 | ORDER by Judge Alsup granting [5] Motion for Leave to Appeal (whalc1, COURT STAFF) (Filed on 10/15/2007) (Entered: 10/15/2007) |

| 10/29/2007 | 8 | Appellant's BRIEF by Distribution Systems and Services, Inc. Appellee Brief due by 11/19/2007. (Attachments: # 1 Appendix Appellant's) (Greenberg, Mitchell) (Filed on 10/29/2007) (Entered: 10/29/2007) |
|---|---|---|
| 11/07/2007 | 9 | BANKRUPTCY RECORD ON APPEAL. (sis, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 11/07/2007 | 10 | Bankruptcy Scheduling Order Appellant Brief due by 12/7/2007. (sis, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 11/16/2007 | 11 | ORDER RE BRIEFING SCHEDULE. Signed by Judge Alsup on November 16, 2007. (whalc1, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/16/2007) |
| 11/20/2007 | 12 | Brief re 11 Order *Re Briefing Schedule (Jointly Filed)* filed byBetta Products, Inc.. (Related document(s)11) (Portillo, Laura) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/26/2007 | 13 | ORDER RE: BRIEFING SCHEDULE. Signed by Judge Alsup on November 26, 2007. (whalc1, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/28/2007 16:16:39 | | | |
| PACER Login: | br0278 | Client Code: | 255 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-04825-WHA Start date: 9/14/2007 End date: 11/28/2007 |
| Billable Pages: | 2 | Cost: | 0.16 |

1  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
   The undersigned certifies and declares as follows:
2
3  I am employed in the City of Westlake Village and County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by Brinkman Portillo, P.C. whose business address is 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.
4
5
6  On **November 28, 2007**, I served the forgoing documents described as:

7  **DECLARATION OF KEVIN RONK**

8  on the interested parties in this action
   [X] by placing [X] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as
9  follows:

10 **[X] BY OVERNITE EXPRESS & EMAIL**            **[X] BY MAIL & EMAIL**
11 Mitchell Greenberg                              James A. Beitz
   Abbey, Weitzberg, Warren, & Emery               Hagerty Johnson & Beitz, PA
12 100 Stony Point Rd. #200                        701 Fourth Avenue South, Ste 700
   Santa Rosa, CA. 95401                           Minneapolis, MN 55415
13 mgreenberg@abbeylaw.com                         tbeitz@hjab.com

14 **[X] BY MAIL**
15 United States Trustee's Office
   235 Pine Street, Ste. 700
16 San Francisco, CA 94104

17
   [X] I deposited such envelope in a United States Postal Service drop box at Westlake
18 Village, California. The envelope was mailed with postage thereon fully prepaid.

19
   [X] I am "readily familiar" with the firm's practice of collecting and processing
20 correspondence for mailing. Under that practice it would be deposited with a United States Postal Service drop box on that same day with postage thereon fully prepaid at Westlake Village,
21 California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day
22 after date of deposit of mailing in affidavit.

23
   [X] (**Federal**) I declare under penalty of perjury under the laws of the United States of
24 America that the foregoing is true and correct.

25 Executed on **November 28, 2007**, at Westlake Village, California.
26
   Madelynn Alford                              */s/ Madelyn Ayad/*
27
28