**NORTHERN DISTRICT OF CALIFORNIA**

U.S. District Court Case Number CV 07-04825 WHA
U.S. Bankruptcy Court, Northern District of California; Honorable Alan Jaroslovsky - Bankruptcy Case Number 03-10925
Adversary Case Number 05-01046

In re **BETTA PRODUCTS, INC.**

*Debtor*

---

**BETTA PRODUCTS, INC., AND DANA MC CURNIN, TRUSTEE OF THE BETTA PRODUCTS LITIGATION TRUST,**

*Plaintiffs and Appellees*

vs.

**DISTRIBUTION SYSTEMS AND SERVICES, INC. (aka DSS),**

*Defendant and Appellant*

---

APPELLEES' AND CROSS-APPELLANTS' APPENDIX

---

**BRINKMAN PORTILLO, PC**
Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar No.186813)
4333 Park Terrace Dr., Suite 205
Westlake Village, Ca 91361
Ph: (818) 597-2992; Fax: (818) 597-2992

# INDEX APPELLEE'S APPENDIX

| Exhibit No. | Docket No.[2] | Title of Document | Page No. |
|---|---|---|---|
| 1 | 1 | Complaint for Turnover of Property of the Estate, Accounting and Damages | BPI 0001-BPI 0005 |
| 2 | 24 | Plaintiffs' Motion for : 1) Modification of the Stay Pending Arbitration; 2) Leave to Amend the Complaint; Memorandum in Support | BPI 0006-BPI 0052 |
| 3 | 25 | Declaration of Christina Erickson in Support of Plaintiffs' Motion for: 1) Modification of the Stay Pending Arbitration; 2) Leave to Amend the Complaint | BPI 0053-BPI 0098 |
| 4 | 174 | Memorandum in Support of Partial Summary Judgment re Affirmative Defenses | BPI 0099-BPI 0128 |
| 5 | 177 | Declaration of Dana McCurnin in Support of Plaintiffs' Motion of Partial Summary Judgment re Affirmative Defenses | BPI 0129-BPI 0139 |
| 6 | 178 | Declaration of Laura J. Portillo in Support of Plaintiffs' Motion of Partial Summary Judgment re Affirmative Defenses | BPI 0140-BPI 0163 |
| 7 | 196 | Plaintiffs' Opposition to Defendant's Motion for Leave to Appeal | BPI 0164-BPI 0171 |
| 8 | 197 | Declaration of Daren R. Brinkman in Support of Plaintiffs' Opposition to Defendant's Motion for Leave to Appeal | BPI 0172-BPI 0189 |
| 9 | 198 | Plaintiffs' Notice of Cross Appeal | BPI 0190-BPI 0202 |
| 10 | 208 | Memorandum and Order Amending Prior order | BPI 0203-BPI 0204 |
| 11 | 209 | Errata Regarding Plaintiffs' Supplemental Memorandum Re Why Issue Preclusion Does Not Apply | BPI 0205-BPI 0213 |

---

[2] Docket Numbers from Adversary Case No. 05-010146