STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village and County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by Brinkman Portillo, P.C. whose business address is 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.

On **December 27, 2007**, I served the following documents described as:

**APPELLEES' AND CROSS-APPELLANTS' APPENDIX**

on the interested parties in this action
[X] by placing [X] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

| [X] BY OVERNITE EXPRESS | [X] U.S. MAIL |
|---|---|
| Mitchell Greenberg | James A. Beitz |
| Abbey, Weitzberg, Warren, & Emery | Hagerty Johnson & Beitz, PA |
| 100 Stony Point Rd. #200 | 701 Fourth Avenue South, Ste 700 |
| P.O.Box 1566 | Minneapolis, MN 55415 |
| Santa Rosa, CA. 95401 | |

[X] I deposited such envelope in a United States Postal Service drop box at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with a United States Postal Service drop box on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[X] (**Federal**) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **December 27, 2007**, at Westlake Village, California.

Madelynn Alford