IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS INC., and DANA MCCURNIN, trustee of the Betta Products Litigation Trust,<br><br>    Plaintiffs,<br><br>  v.<br><br>DISTRIBUTIONS SYSTEMS AND SERVICES,<br><br>    Defendant. | No. C 07-04825 WHA<br><br>**ORDER REMANDING CASE** |

In light of the events relating to the bankruptcy court's intention in severing the claims currently on appeal, this entire matter is **REMANDED** and the appeal is **DISMISSED**. The bankruptcy court may put in place all orders it would like to install so that we are not making an exhausted attempt to decipher the bankruptcy court's intention.

**IT IS SO ORDERED.**

Dated: February 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE