**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

February 14, 2008

US Bankruptcy Court
PO Box 7341
San Francisco, CA 94120-7341

RE:  CV 07-04825 WHA    BETTA PRODUCTS INC.-v-DISTRIBUTIONS SYSTEMS AND SERVICES
      Your Case Number: (03-10925)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk

                                *Susan Imbriani*

                                by:  Susan Imbriani
                                Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg