**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

February 14, 2008

US Bankruptcy Court
99 South E Street
Santa Rosa, CA 95404

RE:  <u>CV 07-04825 WHA    BETTA PRODUCTS INC.-v-DISTRIBUTIONS SYSTEMS AND SERVICES</u>
    Your Case Number: <u>(03-10925)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk

                        *Susan Imbriani*

                        by: <u>Susan Imbriani</u>
                        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg