**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 14, 2008

US Bankruptcy Court
99 South E Street
Santa Rosa, CA 95404

RE: CV 07-04825 WHA   BETTA PRODUCTS INC.-v-DISTRIBUTIONS SYSTEMS AND SERVICES
  Your Case Number: (03-10925)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  (X)  Certified copies of docket entries

  (X)  Certified copies of Remand Order

  ( )  Other

  Please acknowledge receipt of the above documents on the attached copy of this letter.

          Sincerely,

          RICHARD W. WIEKING, Clerk

          *Susan Imbriani*

          by: Susan Imbriani
          Case Systems Administrator

Enclosures
Copies to counsel of record

RECEIVED
FEB 15 2008
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg